■ CHARLES H. LEE, Respondent, v SYRACUSE AREA PAROLE OFFICE et al., Appellants, and ONONDAGA COUNTY SHERIFF'S DEPARTMENT, Respondent. —Judgment unanimously affirmed for the reasons stated at Special Term, Gorman, J. (Appeal from judgment of Onondaga Supreme Court—habeas corpus.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. SUITS, Appellant.—Judgment unanimously affirmed. (See *People v Berzups,* 49 NY2d 417.) (Appeal from judgment of Oneida County Court—burglary, first degree, and other charges.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.

■ In the Matter of JOHN W. EBBS, Appellant, v CHAIRMAN OF THE NEW YORK STATE BOARD OF PAROLE et al., Respondents.—Judgment unanimously affirmed (see *Matter of Watkins v Caldwell,* 54 AD2d 42; *People ex rel. Miller v Regan,* 54 AD2d 605). (Appeal from judgment of Cayuga Supreme Court—art 78.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.

■ CHARLOTTE LAKE RIVER ASSOCIATES et al., Respondents, v AMERICAN INSURANCE COMPANY et al., Defendants, and NORTHRUP, KAELBER AND KOPF, Appellant.—Order unanimously affirmed, with costs, for the reasons stated at Special Term, Livingston, J. (Appeal from order of Monroe Supreme Court—interrogatories.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.